■ ROBERT W. KEFGEN, as Personal Representative of the Estates of COLLIS P. CANTINE and Another, Deceased, Appellant, v VINCENZO G. LO PICCOLO, Defendant, and CITY OF UTICA, Respondent.—Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Grow, J. (Appeal from order of Supreme Court, Oneida County, Grow, J.—dismiss causes of action.) Present—Denman, J. P., Green, Pine, Lawton and Lowery, JJ.